UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT O. ALLEN,<br>Petitioner<br>v.<br>ALLEX VILLANUEVA,<br>Respondent. | Case No. 2:22-cv-06000-GW (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order:  Summarily Dismissing Petition Without Prejudice; And Denying A Certificate Of Appealability,

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

DATE: January 18, 2023

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE